UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON TRAVIS NORMAND,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1470** |
| **DONALD D. LANDRY, DISTRICT ATTORNEY, ET AL.,**<br>    **Defendants** | **SECTION: "E" (2)** |

## ORDER

The Court, having considered the complaint,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that Brandon Travis Normand's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for improper venue.

New Orleans, Louisiana, this 12th day of September, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.
[2] R. Doc. 4.